IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JULIE NILES                      CHAPTER 7 CASE NO. 08-31645

        DEBTOR.

## EX PARTE ORDER REOPENING CASE

THIS CAUSE coming before the Court upon the Motion of the Debtor for Ex Parte Order to Reopen Case in order for the debtors to pursue possible discharge violations against one or more creditors in this proceeding; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this motion; and

**IT FURTHER APPEARING** to the undersigned that the debtors' motion for an ex parte order reopening this case, should be granted.

**IT IS THEREFORE SO ORDERED.**

.

Signed on October 09, 2009

                                             _/s/ Daniel S. Opperman_

                                             Daniel S. Opperman

                                             United States Bankruptcy Judge