IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (FLINT)

In the matter of:                Chapter 7

JULIE NILES,                  Case No. 08-31645-DSO-Flint

    Debtor.                      Hon. Daniel S. Opperman
_____/

## STATEMENT REGARDING CORPORATE OWNERSHIP OF MICHIGAN BELL TELEPHONE COMPANY, d/b/a AT&T MICHIGAN

[ X ]    The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

         Name: **AT&T, Inc.**
         Address: **208 S. Akard Street, Dallas, Texas 75202**

         Name: _____
         Address: _____

         Name: _____
         Address: _____

(For additional names, attach an addendum to this form)

[   ]    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This is filed on behalf of Michigan Bell Telephone Company d/b/a AT&T Michigan.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2010               /s/ Karin F. Avery
                                        Signature of Co-counsel
                                        For Corporate Party