UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    JULIE LYNN NILES,                      Case No. 08-31645-dof
                                                  Chapter 7 Proceeding
        Debtor.                              Hon. Daniel S. Opperman
_____/

## SCHEDULING ORDER

      The Court conducted a hearing on the Debtor's Motion for Contempt against Collection Company of America and AT&T. At this hearing, the Court concluded that the issues raised in the Debtor's motion and responded to by Collection Company of America and AT&T are more appropriately addressed in the form of an adversary proceeding. The Court also concluded that an initial Scheduling Order would be appropriate to govern the initial stages of this adversary proceeding;

      NOW, THEREFORE, IT IS HEREBY ORDERED that the Clerk of the Court shall open an adversary proceeding and docket the Motion for Contempt against Collection Company of America and AT&T as the complaint, and response of Collection Company of America and AT&T as answers to the complaint;

      IT IS FURTHER ORDERED that the Debtor, who will be styled as the Plaintiff in the adversary proceeding, shall have the right to amend her complaint on or before April 9, 2010;

      IT IS FURTHER ORDERED that Collection Company of America and AT&T, styled as the Defendants in the adversary proceeding, shall be allowed until April 30, 2010, to amend the response and/or answer filed by each Defendant;

      IT IS FURTHER ORDERED that the parties shall exchange information as required by F.R.Civ.P. 26 and Fed.R.Bankr.P. 7026 by June 18, 2010;

      IT IS FURTHER ORDERED that discovery shall open and remain open until August 20, 2010, or until further order of this Court.

**Signed on March 22, 2010**

                                                    **/s/ Daniel S. Opperman**
                                                    **Daniel S. Opperman**
                                                    **United States Bankruptcy Judge**