IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JULIE NILES                                           CHAPTER 7 CASE NO.  08-31645

        DEBTOR.
_____

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that I hereby enter my appearance as co-counsel for the above-named debtors in this matter.

Dated:  March 26, 2010                      /s/ Richard C. Angelo, Jr.
                                                                 RICHARD C. ANGELO (P54327)
                                                                 9459 Lapeer Rd., Suite 101
                                                                 Davison, MI 48423
                                                                 (810) 653-3300
                                                                 r_angelo@centurytel.net